WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-291—Claimant 

CHARLES E. GLISSON d/b/a CAP GLISSON MOTORS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed Varch 8, 1974.*

CHARLES E. GLISSON d/b/a CAP GLISSON MOTORS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-296—Claimant 

GULF OIL CO.—U.S., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 8, 1974.*

GULF OIL CO.—U.S., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.